Nathan R. Marigoni (Utah Bar No. 14885)
Angela D. Shewan (Utah Bar No. 17316)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
c/o 600 Peachtree Street NE Suite 3000
Atlanta, Georgia 30308
Nathan.Marigoni@troutman.com
Angie.Shewan@troutman.com
404-885-3000
*Attorneys for Defendant*
*Anthem Blue Cross and Blue Shield,*
*Assurant Inc. Benefit Plans Committee, and the*
*Assurant Health & Welfare Benefit Plan*

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GARY K., individually and on behalf of T.K., a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ANTHEM BLUE CROSS AND BLUE SHIELD; ASSURANT INC. BENEFIT PLANS COMMITTEE; ASSURANT HEALTH & WELFARE BENEFIT PLAN,<br><br>        Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 1:24-CV-00118-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Notice is hereby given of the entry of the undersigned as counsel for Defendants Anthem Blue Cross and Blue Shield, Assurant Inc. Benefit Plans Committee, and the Assurant Health & Welfare Benefit Plan in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Nathan R. Marigoni (Utah Bar No. 14885)
Angela D. Shewan (Utah Bar No. 17316)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
c/o 600 Peachtree Street NE Suite 3000
Atlanta, Georgia 30308
Nathan.Marigoni@troutman.com
Angie.shewan@troutman.com
404-885-3000

Dated:  August 30, 2024         **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Nathan R. Marigoni*
Nathan R. Marigoni
Angela D. Shewan
**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*Attorneys for Defendants Anthem Blue Cross and Blue Shield, Assurant Inc. Benefit Plans Committee, and the Assurant Health & Welfare Benefit Plan*