**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

GARY K., individually and on behalf of T. K., a minor,

                Plaintiff,

           -against-

ANTHEM BLUE CROSS AND BLUE SHIELD et al.,

             Defendants.

-------------------------------------------------------------x

24-CV-7878 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge**:

The Court held an initial case management conference in this matter on January 22, 2026. The parties are directed to file a joint status letter on the status of discovery on the last business Friday of every month, beginning on **Friday, February 27, 2026.**

**SO ORDERED.**

                                  _/s/  Ona T. Wang_

                                **Ona T. Wang**
                                United States Magistrate Judge

Dated: January 23, 2026
       New York, New York