**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GARY K., individually and on behalf of T. K., a minor,<br><br>Plaintiff,<br><br>-against-<br><br>ANTHEM BLUE CROSS AND BLUE SHIELD et al.,<br><br>Defendants. | 24-CV-7878 (ALC) (OTW)<br><br>**ORDER** |

**ONA T. WANG, United States Magistrate Judge**:

The Clerk of Court is respectfully directed to change the case caption for this case to the caption used above.

**SO ORDERED.**

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge

Dated: October 27, 2026
New York, New York